164 So. 912

**Providenza VIRGO v. FIRST NAT. BANK OF BIRMINGHAM, Trustee, etc.**

6 Div. 733.

Supreme Court of Alabama.
Nov. 29, 1935.

PER CURIAM.

Appeal dismissed.

165 So. 912

**Maurice WEATHERLY v. STATE.**

8 Div. 689.

Supreme Court of Alabama.
Jan. 23, 1936.

PER CURIAM.

Appeal dismissed.

164 So. 912

**Arthur ZIGLER v. STATE.**

6 Div. 770.

Supreme Court of Alabama.
Nov. 29, 1935.

PER CURIAM.

New trial granted; appeal dismissed.